

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-45,584-06 & WR-45,584-07

### EX PARTE PHILLIP BARNES, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 14-12-28379-D-1 & 15-02-28489-D-1
### IN THE 377TH DISTRICT COURT FROM VICTORIA COUNTY

*Per curiam.*

## O R D E R

Applicant pleaded guilty and was convicted of prohibited substance in a correctional facility and delivery of a controlled substance and sentenced to four years' imprisonment for each cause. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: June 9, 2021
Do not publish